IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD CLINTON LEWIS**                                                                 **PLAINTIFF**

v.                                    **CASE NO. 4:22-CV-00554-BSM**

**ARKANSAS STATE POLICE,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE